Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Albert Dytch

GRANTED
Judge Yvonne Gonzalez Rogers
10/6/2017

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,

    Plaintiff,

vs.

KRN ENTERPRISE GROUP LLC dba DOYLE STREET CAFE, et al.,

    Defendants.

No. 4:17-cv-05134-YGR

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED** by and between Plaintiff, Albert Dytch ("Plaintiff"), and Defendants, KRN Enterprise Group LLC dba Doyle Street Cafe and Fordham Properties, Inc. (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendants may have to and including November 16, 2017 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: October 3, 2017                    MISSION LAW FIRM, A.P.C.

                                                    */s/ Zachary M. Best*
                                                   Zachary M. Best
                                                   Attorneys for Plaintiff
                                                   Albert Dytch

Dated: October 4, 2017                    DANFOURA LAW P.C.

                                                   */s/ Samer Danfoura*
                                                   Samer Danfoura
                                                   Attorney for Defendants
                                                   KRN Enterprise Group LLC dba Doyle Street Cafe
                                                   and Fordham Properties, Inc.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                   */s/ Zachary M. Best*
                                                   Zachary M. Best
                                                   Attorneys for Plaintiff
                                                   Albert Dytch