1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Albert Dytch

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
1/19/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 4:17-cv-05134-YGR |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| KRN ENTERPRISE GROUP LLC dba DOYLE STREET CAFE; FORDHAM PROPERTIES, INC.; | |
| Defendants. | |

1     **IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, KRN Enterprise Group LLC dba Doyle Street Cafe; and Fordham Properties, Inc., the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 16, 2018                          MISSION LAW FIRM, A.P.C.

                                                      */s/ Zachary M. Best*
                                                      Zachary M. Best
                                                      Attorney for Plaintiff,
                                                      Albert Dytch

Dated: January 16, 2018                          DANFOURA LAW P.C.

                                                      */s/ Samer Danfoura*
                                                      Samer Danfoura
                                                     Attorney for Defendant,
                                                     KRN Enterprise Group LLC
                                                     dba Doyle Street Cafe

Dated: January 16, 2018                          Law Offices of Christian B. Green

                                                      */s/ John T. Hill*
                                                     John T. Hill
                                                     Attorneys for Defendant,
                                                     Fordham Properties, Inc.